IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUKE J. SULLIVAN, III, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLIED INTERSTATE, LLC, and JOHN DOES 1-25,<br><br>Defendants. | Civil Action No. 16-203<br><br>United States District Judge<br>Mark R. Hornak<br><br>United States Magistrate Judge<br>Cynthia Reed Eddy |

## ORDER

AND NOW, this 9TH day of December, 2016:

**IT IS HEREBY ORDERED** that Defendant's Motion for Judgment on the Pleadings, construed as a Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), (ECF No. 4) is **GRANTED** and the Amended Complaint (ECF No. 2) is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 16) is adopted as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Objections (ECF No. 18) to the Report and Recommendation are **OVERRULED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this **CASE CLOSED**.

_____
Mark R. Hornak
United States District Judge